**STATE of Missouri, Respondent,**

v.

**Robert LEE Jr., Appellant.**

**No. WD 60580.**

Missouri Court of Appeals,
Western District.

Oct. 22, 2002.

Craig A. Johnston, Assistant Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES M. SMART, P.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Robert Lee Jr. appeals his convictions following a jury trial for robbery in the first degree, section 569.020, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000, and sentences of two concurrent terms of twenty years imprisonment. He claims the trial court erred in failing to suppress (1) a prosecution witness's out-of-court and in-court identification of him because the pretrial identification procedures were unduly suggestive and (2) evidence found in his car and the testimony of the police officer who stopped his car because the evidence and observations of the officer were fruits of an illegal stop. The

judgment of convictions is affirmed. Rule 30.25(b).

■

**Benjamin VANDERSLICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60531.**

Missouri Court of Appeals,
Western District.

Oct. 22, 2002.

Susan L. Hogan, Kansas City, MO, for appellant.

John M. Morris, III, Jefferson City, MO, for respondent.

Before: EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Benjamin Vanderslice appeals the denial of his Rule 24.035 motion following an evidentiary hearing. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b)